AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 06, 2026

SEAN F. McAVOY, CLERK

INTERMOUNTAIN RETAIL STORE EMPLOYEES PENSION
TRUST, an Employee Benefit Fund; TERRIE TRETTENBACK
and JESSICA Y. KONG, in their capacities as Fund Trustees,

*Plaintiff*

v.

LICINI PRINT SHOP, INC., a Montana corporation,

*Defendant*

)
)
)
)
)
)

Civil Action No.  2:25-CV-00192-JAG

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:    Plaintiffs' Motion for Default Judgment, ECF No. 11, is GRANTED.
Judgment entered in favor of Plaintiffs for a total amount of $39,821.06, which is comprised of: (a). $26,956.00 in
withdrawal liability; (b). $4,798.36 in interest; (c). $5,391.20 in liquidated damages; (d). $540.00 in costs; and,
(e). $2,135.00 in attorneys' fees.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge    James A. Goeke

Date:  July 6th, 2026                    *CLERK OF COURT*

s/Sean F. McAvoy

*Signature of Clerk*